```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 8 2014
```
Forrest, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLEKSANDRA MAKSYMOVA,

                          Plaintiff,

v.                                        STIPULATION OF
                                                        VOLUNTARY DISMISSAL

                                                        14-Civ-2319 (KBF)

JEH JOHNSON, Secretary of the
Department of Homeland Security, et al.,

                          Respondents.

---

       IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby withdrawn and dismissed without prejudice and without costs or attorney's fees pursuant to Fed. R. Civ. P. 41(a).

Dated: May 7, 2014

                                                       DANIEL D. ESTRIN, ESQ.
                                                       Sirota & Associates, P.C.
                                                       Attorney for Plaintiff
                                                       128 Brighton 11th Street, Suite 2
                                                       Brooklyn, NY 11235
                                                      Telephone: (718) 265-5900

                                                       PREET BHARARA
                                                       United States Attorney for the
                                                       Southern District of New York
                                                       Attorney for Defendants

Dated: May 7, 2014          By:                                                       
                                                       PATRICIA L. BUCHANAN
                                                       Assistant United States Attorney
                                                       86 Chambers Street
                                                       New York, New York 10007
                                                       Telephone: (212) 637-3274

SO ORDERED:

_K. B. Forrest_
HON. KATHERINE B. FORREST, U.S.D.J.

5/8/14